# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC, | CASE NO. 6:14-CV-243 |
| Plaintiff, | LEAD CASE |
| v. | |
| ABERCROMBIE & FITCH COMPANY, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff Landmark Technology, LLC and Defendant Abercrombie & Fitch Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move for an order dismissing all claims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

A proposed order is attached.

DATED:  December 16, 2014					Respectfully Submitted,

By: */s/Charles Ainsworth*
Charles Ainsworth
State Bar No.  00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

Stanley M. Gibson
(Cal. Bar No. 162329)
*smg@jmbm.com*

Jeffer Mangels Butler and Mitchell LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

ATTORNEYS FOR PLAINTIFF
LANDMARK TECHNOLOGY, LLC.


*/s/Paul B. Kerlin with permission by Charles Ainsworth*
Paul B. Kerlin
Texas Bar No. 24044480
VORYS, SATER, SEYMOUR AND PEASE LLP
700 Louisiana Avenue, Suite 4100
Houston, Texas 77002
Tel: 713-588-7000
Fax: 713-588-7050
E-mail:  pbkerlin@vorys.com


 ATTORNEYS FOR DEFENDANT
 ABERCROMBIE & FITCH COMPANY

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 16th day of December, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's EM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Charles Ainsworth
CHARLES AINSWORTH